**REINERT & DUREE, et al., petitioners,
v. David A. SOSNE, Bankruptcy Trustee
for Just Brakes Corporate Systems, Inc.**
**No. 97–7.**

Supreme Court of the United States.

Nov. 3, 1997.

Case below, Bankr., 175 B.R. 288; 108 F.3d 881.

Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.